**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

July 29, 2014

Hon. Paul Watkins
County Attorney
415 St. Louis Street
Gonzales, TX 78629
* DELIVERED VIA E-MAIL *

Hon. Gregory D. Sherwood
Attorney at Law
P. O. Box 200613
Austin, TX 78720-0613
* DELIVERED VIA E-MAIL *

Hon. Keri L. Miller
Assistant County Attorney
415 Saint Louis Street
Gonzales, TX 78629-4029
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00500-CR
Tr.Ct.No.  80-12-A
Style:    GREGORY FONSECA v. THE STATE OF TEXAS

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.